FILED AND ENTERED

DEC 17 2020

Clerk
U.S. Bankruptcy Court for D.C.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
EDWARD E BROWN,                    )    Case No. 17-00289
                                   )    (Chapter 13)
            Debtor.                )

ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On October 23, 2020, an application (Dkt. No. 82) was filed by Dilks & Knopik, LLC as assignee of Edward Brown for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a), of which Edward Brown is entitled to a portion under the terms of the assignment. The application and supporting documentation establish that Dilks & Knopik, LLC and Edward Brown are entitled to the unclaimed funds. Accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $1,681.66 held in unclaimed funds be disbursed pursuant to a check made payable to "Michael E. Brown and Dilks & Knopik, LLC." It is further

ORDERED that the check to be mailed to:

   Dilks & Knopik, LLC
   353 80 SE Center Street
   Snoqualmie, WA 98065

It is further

ORDERED that the Clerk shall not disburse these funds earlier than 14 days after entry of this order.

_____
Elizabeth L. Gunn
United States Bankruptcy Judge

Copies to: Recipients of e-notifications of orders;
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065

Edward E. Brown
1401 34th Street, SE
Washington, DC 20020-2303

Office of the United States Attorney
District of Columbia
555 Fourth Street, NW
Washington, DC 20530